1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   CEDRIC GREENE,                                  CASE NO. 1:05-CV-00150-AWI-SMS-P

10                        Plaintiff,               ORDER DENYING PLAINTIFF'S REQUESTS
                                                   FOR COURT MONITORING OF CENTRAL
11          v.                                     DISTRICT CASE AND FOR RELIEF FROM
                                                   PAYMENT OF FILING FEE
12   NORTH KERN STATE PRISON, et al.,
                                                   (Docs. 4 and 7)
13                        Defendants.

14   _____/

15          Plaintiff Cedric Greene ("plaintiff") is a state prisoner proceeding pro se and in forma

16   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On February 24, 2005, plaintiff

17   filed a letter requesting that the court monitor the proceedings in case number 04-cv-8640 GPS (SS)

18   in the Central District of California.  On March 21, 2005, plaintiff filed a letter again asking the court

19   to monitor the proceedings in his case in the Central District, and asking the court for relief from

20   payment of the filing until his release from custody.

21          The court cannot monitor the proceedings in plaintiff's Central District case.  In addition to

22   the fact that the court does have the resources to undertake such a course of action, the court can

23   discern no reason why such a course of action would be necessary.  The instant action concerns

24   plaintiff's placement in administrative segregation while at North Kern State Prison, a claim

25   presumably separate and distinct from that being advanced in his petition for writ of habeas corpus

26   being litigated in the Central District.

27   ///

28   ///

1

1    With respect to the filing fee, the court cannot relieve plaintiff of his obligation to make

2    payments toward the filing fee if plaintiff has funds available in his trust account.  Plaintiff is

3    statutorily mandated to make such payments, where funds exist.  28 U.S.C. § 1915(b)(2).

4          Accordingly, plaintiff's requests are HEREBY DENIED.

5

6    IT IS SO ORDERED.

7    **Dated:    August 2, 2005**                              **/s/ Sandra M. Snyder**
     icido3                                         UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28