IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **CEDRIC GREENE,**<br><br>                    Plaintiff<br><br>        v.<br><br>**NORTH KERN STATE PRISON, et al.,**<br><br>                    Defendants. | 1:05-cv-00150-AWI-SMS-P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME**<br><br>(Doc. 24) |

    On August 2, 2006, Defendants Stebner and Delarosa filed a request for an extension of time to file a response to Plaintiff's amended complaint.  GOOD CAUSE appearing, Defendants Stebner and Delarosa are granted **forty-five (45) days** from the date of service of this order within which to file a responsive pleading.

IT IS SO ORDERED.

**Dated:    August 18, 2006**                    /s/ Sandra M. Snyder
i0d3h8                                           UNITED STATES MAGISTRATE JUDGE