# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC GREENE, | CASE NO. 1:05-CV-00150-AWI-SMS-P |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S SURREPLY |
| v. | (Doc. 35) |
| NORTH KERN STATE PRISON, et al., | |
| Defendants. | |
| _____/ | |

Defendants filed a motion to dismiss on September 18, 2006, plaintiff filed an opposition on September 29, 2006, and defendants filed a reply on October 4, 2006, at which time defendants' motion to dismiss was deemed submitted and ready for resolution by the Court.  Local Rule 78-230(m).  On October 18, 2006, plaintiff filed a surreply.

Neither the Federal Rules of Civil Procedure nor the Local Rules provide for the right to file a surreply, and plaintiff did not seek leave of court to file a surreply.  Accordingly, plaintiff's surreply is HEREBY STRICKEN FROM THE RECORD.

IT IS SO ORDERED.

**Dated:    October 25, 2006**              _____/s/ Sandra M. Snyder_____
icido3                                                  UNITED STATES MAGISTRATE JUDGE

1