1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   CEDRIC GREENE,                    1:05-cv-00150-AWI-SMS-P

12              Plaintiff,        **ORDER ADOPTING FINDINGS AND**
                                  **RECOMMENDATIONS, GRANTING**
13   vs.                          **DEFENDANTS' MOTION TO DISMISS,**
                                  **AND DISMISSING ACTION, WITHOUT**
14   NORTH KERN STATE PRISON,     **PREJUDICE, FOR FAILURE TO**
     et al.,                      **EXHAUST** (Docs. 27 and 37)
15
              Defendants.
16   _____/

17

18       Plaintiff Cedric Greene ("plaintiff") is a state prisoner

19   proceeding pro se and in forma pauperis in this civil rights

20   action pursuant to 42 U.S.C. § 1983.  The matter was referred to

21   a United States Magistrate Judge pursuant to 28 U.S.C.

22   § 636(b)(1)(B) and Local Rule 72-302.

23       On October 25, 2006, the Magistrate Judge filed a Findings

24   and Recommendations herein which was served on the parties and

25   which contained notice to the parties that any objections to the

26   Findings and Recommendations were to be filed within thirty days.

27   On November 16, 2006, plaintiff filed objections to the

28   Magistrate Judge's Findings and Recommendations.

                                  1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.   The appeal that Plaintiff claims exhausted his administrative remedies do not properly grieve the retaliation claim at issue in this action.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed October 25, 2006, is ADOPTED IN FULL;

2.   Defendants' unenumerated Rule 12(b) motion, filed September 18, 2006, is GRANTED; and,

3.   This action is DISMISSED, without prejudice, based on plaintiff's failure to exhaust the available administrative remedies.

IT IS SO ORDERED.

**Dated:    January 11, 2007**          _____ **/s/ Anthony W. Ishii**_____
0m8i78                               UNITED STATES DISTRICT JUDGE